United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  ALLAN B. DIAMOND,                               Case No.  14-cv-02256-VC
              Plaintiff,
8
       v.
9                                                 **REFERRAL FOR PURPOSE OF
   REED SMITH LLP,                                DETERMINING RELATIONSHIP**
10
              Defendant.
11
12
13     Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the
14 Honorable Saundra Armstrong for consideration of whether the case is related to 13-cv-03910-
15 SBA.
16
17     **IT IS SO ORDERED.**
18 Dated: June 4, 2014

                                                  _____
19                                                VINCE CHHABRIA
20                                                United States District Judge